**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-20029-CV-MIDDLEBROOKS
(Case No. 17-20930-CR-MIDDLEBROOKS)

MAGISTRATE JUDGE REID

ASHLEY LYNETTE BROOKS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER WITHDRAWING REFERENCE**

THIS CAUSE is before the Court *sua sponte.* Pursuant to Administrative Order 2019-2, this matter was previously referred to Magistrate Judge Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. (DE 3). Upon review of the record I have determined that referral to the magistrate judge is no longer necessary. Accordingly, it is **ORDERED AND ADJUDGED** that the reference is hereby WITHDRAWN. This case is no longer referred to Magistrate Judge Reid.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, 30th day of September, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:    The Honorable Lisette Reid
                  Counsel of Record